### Roger A. PRATT

v.

### Marion I. PRATT.

### No. 80–509–Appeal.

Supreme Court of Rhode Island.

Feb. 11, 1981.

Paul P. Baillargeon, Paul P. Baillargeon, Inc., Woonsocket, for petitioner.

Dianne Curran, Rhode Island Legal Services, Inc., Providence, for respondent.

### ORDER

This case comes before us on the husband's appeal from a decree of the Family Court enforcing a decree of the District Court of Iowa awarding custody of the minor child of the parties to the wife. This matter was heard on oral argument February 9, 1981. After considering the oral arguments, a memorandum filed on behalf of the husband, and a brief filed on behalf of the wife, the appeal is hereby denied and dismissed, the order heretofore entered staying the decree of the Family Court is hereby dissolved; an opinion will follow.

■

### Dolores M. WALKER

v.

### CITY OF CRANSTON ZONING BOARD OF REVIEW.

### No. 80–575–M.P.

Supreme Court of Rhode Island.

Feb. 11, 1981.

Stone, Clifton & Clifton, Edward C. Clifton, Providence, for petitioner.

John D. Biafore, Asst. Sol., Cranston, for respondent.

### ORDER

The petition for writ of certiorari is denied.

■

### Paul ZECCHINO et al.

v.

### Raymond RICHARD et al.

### No. 80–115–Appeal.

Supreme Court of Rhode Island.

Feb. 11, 1981.

Aram K. Berberian, Warwick, for plaintiffs.

John P. Toscano, Jr., Town Sol., Charlestown, for defendants.

### ORDER

This case comes before us on the defendants' motion pursuant to Rule 16(g) to affirm the judgment of the Superior Court entered for defendant. After having reviewed the record and the plaintiffs' brief and having heard arguments of counsel on February 5, 1981, we hereby grant the motion to affirm the judgment.